IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>MATANUSKA-SUSITNA BOROUGH SCHOOL DISTRICT,<br><br>　　　　　　Defendant. | Case No. 3:06-cv-00216-TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

　　　___　**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　　　_X_　**DECISION BY COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　　**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment with respect to remedial measures is granted in part and denied in part and Defendant's cross-motion for summary judgment with respect to remedial measures is granted in part and denied in part.

APPROVED:

 /s/Timothy M. Burgess
　　**TIMOTHY M. BURGESS**
　　United States District Judge

| August 15, 2007 | IDA J. ROMACK |
|---|---|
| Date | Clerk |